Aug 31 06 11:31a    Congress Plaza Hotel          312-427-4840         p.1



City of Chicago **FILE COPY**
Richard M. Daley
Mayor

### CITY OF CHICAGO
### DEPARTMENT OF BUSINESS AFFAIRS AND LICENSING
### SIDEWALK CAFÉ PERMIT
Printed On: 07/27/2006

THE CONGRESS HOTEL
c/o Business Owner
520 S. MICHIGAN AVE., APT./SUITE TAVER
CHICAGO, IL 60605

Ward 03
Chicago, Illinois
Issued: 07/27/2006
Account No. 64451 - 1
Permit No. 1052839

Pursuant to the Ordinances passed by the City Council of the City of Chicago on **06/28/2006** (Pending Passage), permission and authority are hereby given and granted to THE CONGRESS HOTEL upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a Sidewalk Café adjacent to its premises, located at 520 S. Michigan Ave.. Said sidewalk cafe area #1 shall be sixty (60) feet in length and fifteen (15) feet in width for a total of nine hundred (900) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along S. Michigan. The compensation for said space and the days and hours of operation for the sidewalk café shall be as follows:

Hours of Operation: Monday through Friday 8:00am until 12:00am Saturday and Sunday 11:00am until 12:00am

Compensation: $1,620.00/Seating: 80

Authority for the above named privileges is herein given and granted from and after March 1, 2006 through and including December 1, 2006.

THIS PERMIT IS ISSUED AND ACCEPTED upon the condition that said Sidewalk Café shall be constructed and maintained in accordance with and subject to all conditions, stipulations and requirements of the ordinances of the City of Chicago, and all orders and ordinances which may be passed by the City Council pertaining to same, and all orders of the Commissioner of Transportation, and the Director of Business Affairs and Licensing.

THIS PERMIT IS REVOCABLE by the Director of Business Affairs and Licensing at any time.

Department of Business Affairs and Licensing, City of Chicago

By: _____
Scott V. Bruner
Director of Business Affairs and Licensing


EXHIBIT A



City of Chicago
Richard M. Daley
Mayor

Department of Business Affairs
and Licensing
Public Way Use Unit
333 S. State St., Suite 310
Chicago, IL 60604-3977

The Congress Hotel
520 S. MICHIGAN AVE., APT./SUITE TAVER
CHICAGO, IL 60605



08/28/2006

Re: Permit number: 1052839 Permit Description: Sidewalk Cafe

Dear Congress Hotel:

On 07/24/06 the Committee on Transportation held a hearing concerning the ordinance that was introduced to the Chicago City Council by Alderman Madeline L. Haithcock, Ward 02, on your behalf.

The Members of the Committee of Transportation voted to defer the matter before them for further review.

The committee may reconsider this ordinance if certain conditions are met. However, the permit issued pending passage of the ordinance has been cancelled. You must cease and desist operation of the sidewalk café. To obtain more information, please contact the Department of Business Affairs and Licensing at (312)747-9035 and/or Alderman Madeline L. Haithcock at 312-744-6836.

        Account:        64451
           Site:        1.
  Business Name:        THE CONGRESS HOTEL
Business Address:       520 S. Michigan Ave.

If you have any questions regarding this matter, please call the Department of Business Affairs and Licensing at (312)747-IRIS.

Sincerely,


Department of Business Affairs and Licensing




CC: Alderman Madeline L. Haithcock



p. 1        315-427-4840        Congress Plaza Hotel        Aug 31 06 11:20a

Sep-19-2006 03:08pm From-ALDERMAN THOMAS ALLEN +3127448155 T-438 P.001/002 F-638

# CITY COUNCIL
CITY OF CHICAGO
COUNCIL CHAMBER

SECOND FLOOR - CITY HALL
121 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
TELEPHONE 312-744-4096

FILE COPY

THOMAS R. ALLEN
ALDERMAN, 38TH WARD
5817 WEST IRVING PARK ROAD
CHICAGO, ILLINOIS 60634
TELEPHONE 773-545-3836
FAX 773-283-3342
E-MAIL: tallen@cityofchicago.org

COMMITTEE MEMBERSHIPS
TRANSPORTATION AND PUBLIC WAY (CHAIRMAN)
AVIATION
BUDGET AND GOVERNMENT OPERATIONS
BUILDINGS
COMMITTEES RULES AND ETHICS
ECONOMIC AND CAPITAL AND TECHNOLOGY DEVELOPMENT
FINANCE
ZONING

September 19, 2006

Mr. Scott V. Bruner
Director
Department of Business Affairs & Licensing
City Hall, Room 805
121 N. LaSalle Street
Chicago, Illinois 60602

FILE COPY

Dear Director Bruner:

Alderman Madeline L. Haithcock (2nd Ward) introduced an ordinance at the June 28, 2006 City Council meeting granting permission to the Congress Plaza Hotel & Convention Center to maintain and use a portion of the public right-of-way for a sidewalk café adjacent to the premises at 520 South Michigan Avenue.

Please issue the appropriate permits to Congress Plaza Hotel & Convention Center pending passage of this ordinance in the Committee on Transportation and Public Way.

Very truly yours,

Thomas R. Allen
Chairman
Committee on Transportation
And Public Way

TRA/jq

cc: Stan Adams - Department of Business Affairs & Licensing
Madeline L. Haithcock - Alderman, 2nd Ward

EXHIBIT C
Blumberg No. 5118

Sep 19 06 03:57p Congress Plaza Hotel 312-427-4840 p.1

Sep-19-2005 03:58pm From-ALDERMAN THOMAS ALLEN +3127449155 T-436 P.002/002 F-838

# ORDINANCE
Acct. No. 64451-1
Permit No. 1052839

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF CHICAGO:

SECTION 1. Permission and authority are hereby given and granted to THE CONGRESS HOTEL upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right of way for a sidewalk café adjacent to its premises located at 520 S. Michigan Ave.. Said sidewalk café area #1 shall be sixty (60) feet in length and fifteen (15) feet in width for a total of nine hundred (900) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along S. Michigan. The compensation for said space and the days and hours of operation for the sidewalk café shall be as follows:

Monday through Friday 8:00am until 12:00am
Saturday and Sunday 11:00am until 12:00am
Compensation: $1,620.00/Seating: 80

This grant of privilege #1052839 for a sidewalk café shall be subject to the provisions of Section 10-28-900 though 10-28-995 of the Municipal Code of Chicago and the directions of the Director of Business Affairs and Licensing, the Commissioner of Streets and Sanitation, and the Commissioner of Transportation.

Authority for the above named privilege is herein given and granted from and after March 1, 2006 through and including December 1, 2006

Alderman _____

Madeline L. Haithcock 2nd Ward

# A. ADKINS AND ASSOCIATES, INCORPORATED
ARCHITECTURE & INTERIOR DESIGN SERVICES FOR NEW CONSTRUCTION & REHABILATATION PERMITS

"EXCELLENCE" OUR MOTTO"

SINCE 1977

May 1, 2007

Madeline L. Haithcock
Alderman, 2nd Ward
1234 South Michigan Avenue
Chicago, Illinois 60605

RE: THE CONGRESS PLAZA HOTEL, SOUTH TOWER, ONE STORY ROOF TOP RECREATION AND FOOD SERVICE ADDITION, REAR SOUTH TOWER FOUR STORY ADDITION AND THE GROUND FLOOR RESTAURANT OUTSIDE SEATING PERMIT ALDERMAIC APPROVAL LETTERS.

Dear Alderman Haithcock,

I am writing this letter of request for your approval of the above two Congress Plaza Hotel projects in your ward.

Several times in the last three weeks I have left drawings at your Michigan Avenue office with your assistants and made phone calls to get an appointment to meet with you for five minuets out of your busy schedule to explain these projects in person.

The Congress Plaza Hotel owners look forward to receiving your approval for the application to DCAP's Landmarks Department.

Please call at your earliest convenience to set up a time when we can meet.

Thank you.

Sincerely,

Anthony J. Adkins – CEO
A. Adkins and Associates, INC.



EXHIBIT A

1130 S. WABASH AVE., STE 304 – CHICAGO, IL 60605-2374 – 312-663-5837, 312-663-5839 FAX



**MADELINE L. HAITHCOCK**
ALDERMAN, 2ND WARD
WARD OFFICES:
1234 South Michigan Avenue
Chicago, Illinois 60605
Telephone: (312) 913-0222
Fax: (312) 913-1200

701 South Western Avenue
Chicago, Illinois 60612
Telephone: (312) 723-8100
(312) 723-9463

**CITY COUNCIL**
CITY OF CHICAGO

**COUNCIL CHAMBER**
ROOM 300
121 North LaSalle Street
Chicago, Illinois 60602
Telephone 312-744-6836
Fax 312-744-2022

**COMMITTEE MEMBERSHIPS**

Special Events
and Cultural Affairs
(Chairman)

Education
(Vice Chairman)

License and Consumer Protection
(Vice Chairman)

Aviation

Budget and Government Operations

Finance

Police and Fire

Rules and Ethics

May 2, 2007

Mr. Brian Goeken
Deputy Commissioner, Landmarks Division
Department of Planning and Development
33 N. LaSalle Street,
Chicago, Illinois   60602

Dear Mr. Goeken:

This letter is written to express to you that I am in support of A. Adkins and Associates, Incorporated intended plans to construct a one story roof top recreation and food service addition on the south tower of the Congress Hotel and ground floor restaurant with outdoor seating.

I have reviewed the plans for this project and have no objections to the necessary Landmark and DCAP permits.

If any additional information is required please do not hesitate to contact me at (312) 913-0222.

Sincerely,

Madeline L. Haithcock
Alderman, 2nd Ward



EXHIBIT E

Case: 1:07-cv-04245 Document #: 25-2 Filed: 11/21/07 Page 7 of 7 PageID #:164

# A. ADKINS AND ASSOCIATES, INCORPORATED
ARCHITECTURE & INTERIOR DESIGN SERVICES FOR NEW CONSTRUCTION & REHABILATATION PERMITS

"EXCELLENCE" OUR MOTTO"

SINCE 1977

June 18, 2007

Mr. Shlomo Nahmias – President
Congress Plaza Hotel
520 South Michigan Avenue
Chicago, Illinois 60605

RE: The Congress Plaza Hotel "Roof Top Addition" New Alderman meeting

Dear Shlomo,

I set up a meeting with you, myself and Mr. Robert Fioretti the new second ward alderman for July 9, 2007 at 3:30 pm in his office at 429 South Dearborn Street.

This meeting is to get the alderman's approval letters for the roof top addition and the café permit.

I was advised by the alderman's scheduler that the alderman wanted a set of drawings and description of the projects before the meeting to review the scope of work. He also wants to discuss the strike with you.

I informed them that I would deliver a mini set of drawings and scope of work of the project to their office ASAP.

Sincerely,

*[signature]*

Anthony J. Adkins – CEO
A. Adkins & Associates Architects

1130 S. WABASH AVE., STE 304 – CHICAGO, IL 60605-2374 – 312-663-5837, 312-663-5839 FAX

EXHIBIT F